UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-2786

Caption [use short title]

Motion for: Adjournment of Oral Argument Date

Set forth below precise, complete statement of relief sought:

Due to a conflict with a previously scheduled family event an adjournment is requested. It is respectfully requested that the new date be set after 5/12 and that the following dates be avoided: 5/26, 6/30-7/7 and 8/14-8/22

Michael Nolan v. Western Regional Off Track

MOVING PARTY: Michael Nolan
OPPOSING PARTY: Western Regional Off Track Betting Corpoation

___ Plaintiff  ___ Defendant
✓ Appellant/Petitioner  ___ Appellee/Respondent

MOVING ATTORNEY: Edward P. Yankelunas, Esq.
OPPOSING ATTORNEY: Aaron M. Saykin, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Tiveron Law, LLC
Hodgson Russ, LLP

2410 N. Forest Road, Suite 301, Amherst, NY 14068
140 Pearl Street, Buffalo, NY 14202

716-636-7600; eyankelunas@tiveronlaw.com
716-856-4000 asaykin@hodgsonruss.com

Court- Judge/ Agency appealed from: Judge William M. Skretny

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
✓ Yes ___ No (explain):

Opposing counsel's position on motion:
✓ Unopposed ___ Opposed ___ Don't Know
Does opposing counsel intend to file a response:
___ Yes ✓ No ___ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? Yes No
Has this relief been previously sought in this court? Yes No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ___ Yes ✓ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ✓ Yes ___ No If yes, enter date: May 12, 2023

Signature of Moving Attorney:
_____ Date: March 31, 2023 Service by: ✓ CM/ECF ___ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---

MICHAEL NOLAN,

               Plaintiff-Appellant,

v.

WESTERN REGIONAL OFF TRACK BETTING
CORPORATION, RICHARD D. BIANCHI,
Individually and in his capacity as Chairman of the
WROTB Board of Directors, and HENRY WOJTASZEK,
Individually and as President of WROTB,

               Defendant(s)-Respondent(s).

Appellate Case No. 22-2786

D.C. Case No. 21-cv-00922

---

## DECLARATION OF EDWARD P. YANKELUNAS, ESQ. IN SUPPORT OF MOTION TO ADJOURN ORAL ARGUMENT DATE

EDWARD P. YANKELUNAS, ESQ., declares under penalty of perjury:

1. I am an attorney duly licensed to practice law in the State of New York, am admitted to practice before the United States Court of Appeals for the Second Circuit and am associated with the law firm of Tiveron Law, PLLC, attorneys for Plaintiff-Appellant Michael Nolan in the above-entitled action.

2. I am fully familiar with the fact and circumstances surrounding this action, the appeal and the matters stated in this Declaration.

3. This Declaration is submitted in support of the motion by the Plaintiff-Appellant for an order adjourning the date scheduled for oral argument in this matter.

{H3712990.1}

4. Due to a conflict with a previously scheduled family event, I will be unable to appear on May 12, 2023.

5. It is respectfully requested that the new date be set after May 12, 2023 and that the following dates be avoided: May 26, 2023, June 30, 2023-July 7, 2023, and August 14, 2023-August 22, 2023.

6. I have notified the Defendant-Appellees of this motion, and they have no objection to the relief requested.

Dated: March 31, 2023
       Amherst, New York

_____
Edward P. Yankelunas, Esq.
Attorney for Plaintiff-Appellant
HoganWillig, PLLC
2410 North Forest Road
Amherst, New York 14068

{H3712990.1}