UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand twenty three,

_____

Michael Nolan,

    Plaintiff - Appellant,

v.

Western Regional Off Track Betting Corporation, Richard D. Bianchi, individually and in his capacity as Chairman of the WROTB Board of Directors, Henry Wojtaszek, individually and as President of WROTB,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 22-2786

IT IS HEREBY ORDERED that Appellant's motion to adjourn oral argument is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court