UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of December, two thousand twenty-three,

Michael Nolan,

      Plaintiff - Appellant,

v.

Western Regional Off Track Betting Corporation, Richard D. Bianchi, individually and in his capacity as Chairman of the WROTB Board of Directors, Henry Wojtaszek, individually and as President of WROTB,

      Defendants - Appellees.

**STATEMENT OF COSTS**

Docket No. 22-2786

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,272.40 in favor of the Appellant.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/26/2023